In the Matter of the Transfer Tax upon the Estate of ELLEN M. MAVERICK, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; THE GREENWOOD CEMETERY, Respondent.

*Matter of Maverick*, 135 App. Div. 44, affirmed.
(Argued April 28, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1909, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon a legacy to the respondent herein for the permanent care of a cemetery lot.

*George M. Judd* and *Millard H. Ellison* for appellant.

*Edmund L. Baylies* and *Edwin D. Bechtel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

In the Matter of the Application of a Majority of the Board of Directors of the AUTOMATIC CHAIN COMPANY for a Voluntary Dissolution of Said Company.

ELLWOOD GRISSINGER, Appellant; MICHAEL B. RYAN, Respondent.

*Matter of Automatic Chain Co.*, 134 App. Div. 863, affirmed.
(Argued April 29, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1909, which affirmed an order of Special Term vacating and setting aside a final order dissolving the Automatic Chain Company.

*Joseph G. Dudley* for appellant.

*William Burnet Wright, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.